# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

ABIOMED, INC.,

    Plaintiff and Counter-Defendant,

v.

MAQUET CARDIOVASULAR, LLC,

    Defendant and Counter-Claimant,

v.

ABIOMED R&D, INC., and ABIOMED EUROPE GMBH,

    Counter-Defendants.

No. MC19-0112RSL

ORDER

This matter comes before the Court on the counter-defendants' motion to compel the deposition of nonparty William R. Kanz for use in patent infringement litigation pending in the United States District Court for the District of Massachusetts. Dkt. # 1. Mr. Kanz has opposed the requested relief. In light of the contested nature of this proceeding, the Clerk of Court is directed to assign a civil action number.

Dated this 18th day of September, 2019.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER - 1