# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| ABIOMED INC, | CASE NO. 19-1496 MJP |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| MAQUET CARDIOVASCULAR LLC, | |
| Defendant. | |

The Court, having received and reviewed:

1. Abiomed's Motion to Compel Subpoena Respondent William R. Kanz (Dkt. No. 1),

2. Non-party William R. Kanz's Opposition to Abiomed's Motion to Compel (Dkt. No. 3),

and all attached declarations and exhibits, rules as follows:

IT IS ORDERED that the motion is GRANTED. Mr. Kanz is ordered to appear for a deposition at a time and place mutually convenient to himself, his counsel and counsel for

Plaintiff, and to produce any documents in his possession, custody, or control responsive to Abiomed's July 5, 2019 subpoena.

The clerk is ordered to provide copies of this order to all counsel.

Dated November 21, 2019.

Marsha J. Pechman
United States Senior District Judge